

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-16-00152-CV

IN THE INTEREST OF B.B. AND E.B., CHILDREN

On Appeal from the 360th District Court
Tarrant County, Texas
Trial Court No. 360-543247-13, Honorable Michael K. Sinha, Presiding

May 16, 2016

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant Jeffrey Bartlett, appearing *pro se*, filed a notice of appeal on March 9, 2016. The clerk's record was due April 14, 2016. On that date, the district clerk notified us that Bartlett had not paid or made arrangements to pay for the clerk's record. *See* TEX. R. APP. P. 35.3(a)(2). By letter of April 15, 2016, we directed Bartlett to make payment arrangements acceptable to the district clerk by April 28, 2016. Failure to do so, we advised, would result in dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

To date, Bartlett has not made payment arrangements for the clerk's record nor has he filed any response to the court's letter. The appeal is therefore dismissed for

want of prosecution, failure to comply with requirements of the Appellate Rules, and failure to comply with this court's order. TEX. R. APP. P. 37.3(b); 42.3(b), (c).

Per Curiam